IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          No. 4:12-cr-242-DPM

FRED NEAL, JR.                                              DEFENDANT

## ORDER

The Court held a pre-trial this morning and heard arguments on Neal's motion to dismiss, № 19. For the reasons stated on the record, the motion was granted in part and denied in part. Counts 2 and 3 of the Indictment were dismissed without prejudice. Trial as to Count 1 will commence on Tuesday, 28 May 2013 at 8:30 a.m.

So Ordered.

D.P. Marshall Jr.
United States District Judge

23 May 2013